UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : MAGISTRATE NO. 24-MJ-283 |
| | : |
| PHILIP WALKER | : VIOLATIONS: |
| | : 18 U.S.C. § 2111 |
| and | : (Robbery in the Special Maritime and |
| | : Territorial Jurisdiction) |
| DAVID WALKER, | : 18 U.S.C. §§ 113(a)(2) |
| | : (Assault with the Intent to Commit |
| Defendants. | : Another Felony in the Special Maritime |
| | : and Territorial Jurisdiction |
| | : 18 U.S.C. §§ 113(a)(4) |
| | : (Assault in the Special Maritime and |
| | : Territorial Jurisdiction |
| | : 18 U.S.C. § 1363 |
| | : (Destruction of Property in the Special |
| | : Maritime and Territorial Jurisdiction) |
| | : 18 U.S.C. § 1752(a)(1) |
| | : (Entering and Remaining in a Restricted |
| | : Building or Grounds) |
| | : 18 U.S.C. § 1752(a)(2) |
| | : (Disorderly and Disruptive Conduct in a |
| | : Restricted Building or Grounds) |
| | : 18 U.S.C. § 1752(a)(4) |
| | : (Engaging in Physical Violence in a |
| | : Restricted Building or Grounds) |
| | : 40 U.S.C. § 5104(e)(2)(D) |
| | : (Disorderly Conduct in |
| | : a Capitol Building) |
| | : 40 U.S.C. § 5104(e)(2)(F) |
| | : (Act of Physical Violence in the Capitol |
| | : Grounds or Buildings) |
| | : 40 U.S.C. § 5104(e)(2)(G) |
| | : (Parading, Demonstrating, or Picketing in |
| | : a Capitol Building) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **PHILIP WALKER and DAVID WALKER,** by force and violence and by intimidation, did and did attempt to take from the person and presence of individual E.S., a camera, at a place within the territorial jurisdiction of the United States, namely the United States Capitol Building, on land acquired for the use of the United States and under its exclusive jurisdiction.

(**Robbery in the Territorial Jurisdiction**, in violation of Title 18, United States Code, Section 2111)

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **PHILIP WALKER and DAVID WALKER** did assault E.S., with intent to commit robbery, at a place within the territorial jurisdiction of the United States, namely the United States Capitol Building, on land acquired for the use of the United States and under its exclusive jurisdiction.

(**Assault with Intent to Commit Another Felony within the Territorial Jurisdiction**, in violation of Title 18, United States Code, Sections 113(a)(2)

### COUNT THREE

On or about January 6, 2021, within the District of Columbia, **PHILIP WALKER and DAVID WALKER**, at a place within the territorial jurisdiction of the United States, namely the United States Capitol Building, on land acquired for the use of the United States and under its exclusive jurisdiction, did commit an assault of an individual with initials E.S. by striking, beating, and wounding an individual with initials E.S.

(**Striking, Beating, and Wounding within the Territorial Jurisdiction of the United States**, in violation of Title 18, United States Code, Section 113(a)(4))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **PHILIP WALKER,** at a place within the territorial jurisdiction of the United States, namely, the United States Capitol Grounds, on land acquired for the use of the United States and under its exclusive jurisdiction, did willfully and maliciously destroy and injure, and attempt to do so, real and personal property, specifically, a camera.

(**Destruction of Property Within Territorial Jurisdiction**, in violation of Title 18, United States Code, Section 1363)

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **PHILIP WALKER and DAVID WALKER**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **PHILIP WALKER and DAVID WALKER** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and

disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **PHILIP WALKER and DAVID WALKER** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **PHILIP WALKER and DAVID WALKER**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT NINE

On or about January 6, 2021, in the District of Columbia, **PHILIP WALKER and DAVID WALKER** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

**(Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT TEN

On or about January 6, 2021, in the District of Columbia, **PHILIP WALKER and DAVID WALKER** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Matthew M Graves/by*

Attorney of the United States in
and for the District of Columbia.