UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PHILIP WALKER, and
DAVID WALKER,

Defendants.

Case No. 1:25-CR-00014 (JEB)

### ORDER

Pursuant to the motion filed by the United States, ECF 29, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge